# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **GIGI MICHELLE LONGORIA, NOAH JENSEN and JOSEPH RAMIREZ on behalf of his minor child, J.R.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**XSOLIS, INC.,**<br><br>Defendant. | **Case No. 3:26-cv-00892**<br><br>**JURY TRIAL DEMANDED**<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Jeffery S. Frensley** |

## PLAINTIFFS' NOTICE OF RELATED CASE

Plaintiffs Longoria, Jensen, and Ramirez, individually and on behalf of all others similarly situated, hereby provide notice to the Court that the instant litigation arises from the same transaction or occurrence as a related action pending in this Court, *Martinez v. XSOLIS, Inc.*, No. 3:26-cv-000791 (M.D. Tenn. June 10, 2026) ("*Martinez*"), and they share numerous common questions of law and fact.

Dated: July 7, 2026

Respectfully submitted,

/s/ *Grayson Wells*
J. Gerard Stranch, IV (TN BPR 230450
Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Marc H. Edelson*
Liberato P. Verderame*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300

Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

***Pro hac vice forthcoming***

***Attorneys for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the court's CM/ECF electronic filing system on this 7th day of July 2026 and served electronically on all counsel of record.

/s/ Grayson Wells
Grayson Wells (TN BPR 039658)