# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| Gigi Michelle Longoria, et al. <br> *Plaintiff* <br> v. <br> XSOLIS, INC. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Case No.    3:26-CV-00892

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant XSOLIS, INC.                      .

Date:     07/07/2026

/s/Melody McAnally
*Attorney's signature*

Melody McAnally (TN BPR 025971)
*Printed name and bar number*
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

*Address*

melody.mcanally@butlersnow.com
*E-mail address*

(901) 680-7200
*Telephone number*

(901) 680-7201
*FAX number*

**Print**      **Save As...**      **Reset**