**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| GIGI MICHELLE LONGORIA. *et al.*, | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-00892 |
| | ) | Judge Richardson/Frensley |
| | ) | |
| XSOLIS, INC., | ) | |
| | ) | |
| Defendant(s) | ) | |

**<u>O R D E R</u>**

Due to a conflict in the Court's calendar, the Initial Case Management Conference set for October 13, 2026 at 9:30 a.m. is hereby reset to October 22, 2026 at 8:00 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge