**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **GIGI MICHELLE LONGORIA, NOAH JENSEN and JOSEPH RAMIREZ on behalf of his minor child, J.R.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**XSOLIS, INC.,**<br><br>Defendant. | **Case No. 3:26-cv-00892**<br><br>**JURY TRIAL DEMANDED**<br><br>**District Judge Richardson**<br>**Magistrate Judge Frensley** |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Plaintiffs Longoria, Jensen, and Ramirez, individually and on behalf of all others similarly situated, hereby move the Court for an order consolidating this case into related action *In re Xsolis, Inc. Data Breach Litigation*, No. 3:26-cv-000791 (M.D. Tenn. June 10, 2026) ("*In re Xsolis*"), with the same interim class leadership proposed in *In re Xsolis*, and in support thereof respectfully show as follows.

An Unopposed Motion to Consolidate and Appoint Interim Class Leadership was filed in *Martinez v. XSOLIS, Inc.*, on June 25, 2026, seeking to consolidate numerous related cases pending before this Court arising from the same transaction or occurrence giving rise to the instant case. *See In re Xsolis*, ECF 8. The same reasons offered in support of that motion apply with equal force here, namely, numerous questions of law and fact are common to all related cases because they stem from the same cybersecurity incident affecting Defendant Xsolis, Inc. *See* Fed. R. Civ. P. 42 (addressing considerations for the Court when deciding consolidation). The Court granted consolidation in *In re Xsolis* on July 15, 2026. *See In re Xsolis*, ECF 13. Plaintiffs also filed a Notice of Related Case in this action, *Longoria*, on July 7, 2026. *See Longoria*, No. 3:26-cv-892,

ECF 8. However, this action was never formally consolidated into the *In re Xsolis* case. Accordingly, Plaintiffs Longoria, Jensen, and Ramirez hereby move the Court for entry of an order consolidating this action into *In re Xsolis*, vacating all deadlines and case management conferences scheduled herein, and administratively closing this case.

Further, Plaintiffs Longoria, Jensen, and Ramirez support the appointment of interim class leadership comprised of J. Gerard Stranch, IV, of Stranch, Jennings & Garvey, PLLC, Jeff Ostrow, of Kopelowitz Ostrow, PA, and Mariya Weekes of Milberg, PLLC.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Grayson Wells*

Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

Marc H. Edelson*
Liberato P. Verderame*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

***Pro hac vice forthcoming***

***Attorneys for Plaintiffs and the Proposed Class***

**CERTIFICATE OF CONFERENCE**

Pursuant to L.R. 7.01(a), I hereby certify that I have conferred with counsel for Defendant. The Defendant is unopposed to consolidation.

*/s/ Grayson Wells*
Grayson Wells (TN BPR 039658)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the court's CM/ECF electronic filing system on this 15th day of October, 2026, and served electronically on all counsel of record.

*/s/ Grayson Wells*
Grayson Wells (TN BPR 039658)