UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GIGI MICHELLE LONGORIA, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NO. 3:26-cv-00892 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| XSOLIS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons stated in the Court's order in *In Re Xsolis Inc. Data Breach Litigation*, Case No. 3:26-cv-00791 at docket number 20, the pending "Motion to Consolidate" (Doc. No. 13) is **GRANTED**. Accordingly, all deadlines in this matter are vacated, and the initial case management conference set for October 22, 2026 is canceled. All future filings shall be made not in this case, but rather in Case No. 3:26-cv-00791. The Clerk is directed to administratively terminate this action and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE